**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ALBERT JAMES WATTS,

      Plaintiff,

vs.                                                    Case No.  3:06-cv-217-J-25MCR

WATSON REALTY,

      Defendant.

_____/

### REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on Plaintiff's *pro se* Complaint (Doc. 1) and

Affidavit of Indigency (Doc. 2), which the Court construes as a Motion to Proceed *In*

*Forma Pauperis*.  On April 6, 2006, the undersigned entered an Order directing Plaintiff

to provide further financial information and to file an amended complaint no later than

Friday, April 21, 2006.  (Doc. 5).  Plaintiff was warned that "[f]ailure to respond will result

in the undersigned entering a report and recommendation to deny Plaintiff's request to

proceed *in forma pauperis*."  Id.  Plaintiff failed to respond and therefore, for the

reasons discussed in the Court's April 6, 2006 Order, it is respectfully

      **RECOMMENDED**:

---

[1] Any party may file and serve specific, written objections hereto with TEN (10) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal.  See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

Plaintiff's application to proceed without prepayment of fees contained in his

Affidavit of Indigency (Doc. 2) be **DENIED** without prejudice to Plaintiff filing a paid

complaint.

 

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  26th  day of

April, 2006.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Henry Lee Adams, Jr.,
   United States District Judge

*Pro Se* Plaintiff