UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALBERT JAMES WATTS,

          Plaintiff,

v.                                  CASE NO. 3:06-cv-217-J-25MCR

WATSON REALTY

          Defendant.
_____/

## ORDER

Before the Court is Plaintiff's *pro se* Complaint (Dkt. 1), Affidavit of Indigency (Dkt. 2) which has been construed as a Motion to Proceed *In Forma Pauperis*, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 6). In the April 6, 2006 Order, Magistrate Judge Richardson directed Plaintiff to file additional financial information and an amended complaint by April 21, 2006. (Dkt. 5). The Order also warned Plaintiff that a failure to comply would result in a report and recommendation denying Plaintiff's request to proceed *in forma pauperis*. Plaintiff has failed to comply with the Order, and thus Magistrate Judge Richardson recommended that Plaintiff's application to proceed without prepayment of fees contained in his Affidavit of Indigency (Dkt. 2) be denied without prejudice to Plaintiff filing a paid complaint.

Additionally, after review of Plaintiff's complaint, the Court is unable to discern any factual or legal basis for a lawsuit in violation of Fed.R.Civ.P. 8 &10. Magistrate Judge Richardson gave Plaintiff an opportunity to amend his complaint, but Plaintiff failed to do so. Accordingly, the Court dismisses Plaintiff's complaint without prejudice.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and

upon this Court's review of the record, it is **ORDERED**:

1. That the report and recommendation (Dkt. 6) is adopted and Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED** (Dkt. 2).

2. Plaintiff's complaint is **DISMISSED without prejudice**. The clerk is directed to close the case.

**DONE AND ORDERED** in Chambers this \_\_6th\_\_ day of June, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record

2